NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
CORBAN J. PORTER (SBN 270115)
cporter@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 646-4700
Facsimile:  (205) 254-1999

Attorney for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE SMITH, | CASE NO.  3:19-cv-07963-CRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 5, inclusive, | |
| Defendants. | |

1

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sue Smith and Defendant Safeco Insurance Company of America (through its undersigned counsel) hereby stipulate that the above-captioned action be dismissed in its entirety, with prejudice, each party to bear her or its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: March ___, 2021                    By:    /s/ Sue Smith
                                                 Plaintiff Sue Smith,
                                                 *In Pro Per*


Dated:  April 19, 2021                           MAYNARD, COOPER & GALE, LLP


                                          By:    /s/ Nicholas J. Boos
                                                 NICHOLAS J. BOOS
                                                 CORBAN J. PORTER
                                                 Attorneys for Defendant
                                                 SAFECO INSURANCE COMPANY OF
                                                 AMERICA


**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated:  April 19, 2021                           Respectfully submitted,


                                          By:    /s/ Nicholas J. Boos
                                                 NICHOLAS J. BOOS

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER**

1            Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sue Smith and Defendant

2    Safeco Insurance Company of America (through its undersigned counsel) hereby stipulate that the

4    above-captioned action be dismissed in its entirety, with prejudice, each party to bear her or its own

5    costs and attorneys' fees.

6           IT IS SO STIPULATED.

7

8    Dated:  March 29, 2021         By:    /s/ Sue Smith

9                                      Plaintiff Sue Smith,
*In Pro Per*

10

11    Dated:  March ___, 2021         MAYNARD, COOPER & GALE, LLP

12

13                           By:    /s/ Nicholas J. Boos

14                                   NICHOLAS J. BOOS
CORBAN J. PORTER

15                                   Attorneys for Defendant
SAFECO INSURANCE COMPANY OF

16                                   AMERICA

17

18    **Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury

19    that concurrence in the filing of the document has been obtained from its signatory.

20

21    Dated:  March ___, 2021         Respectfully submitted,

22

23                           By:    /s/ Nicholas J. Boos

24                                   NICHOLAS J. BOOS

25

26

27

28

2

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND**
**[~~PROPOSED~~] ORDER**

1

## [PROPOSED] ORDER

2          The Court having considered the stipulation of the parties, and good cause appearing therefor,

4  hereby orders that the entire action is dismissed with prejudice, each party to bear her or its own costs

5  and attorneys' fees.

6          IT IS SO ORDERED.

7

8

9  Dated:  __April 20, 2021_____          _____
                                                Honorable Charles R. Breyer
10                                              United States Judge
                                                Northern District of California
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER**